## ROSS v. CALIFORNIA.

No. 798, Misc.   Decided May 27, 1968.

*Thomas C. Lynch*, Attorney General of California, *William E. James,* Assistant Attorney General, and *Walter R. Jones,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is reversed.   *Chapman* v. *California,* 386 U. S. 18, and *Anderson* v. *Nelson,* 390 U. S. 523.

MR. JUSTICE BLACK is of the opinion that certiorari should be denied.